AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

HARVEY PATRICK SHORT )
*Plaintiff* )
v. ) Civil Action No. 5:10-cv-47
JIM RUBENSTEIN, et al. )
*Defendant* )

*U.S. DISTRICT COURT FILED AT WHEELING, WV*
*DEC - 1 2010*
*NORTHERN DISTRICT OF WV*
*OFFICE OF THE CLERK*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:    It is ORDERED that this case be DISMISSED and STRICKEN from the active docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Frederick P. Stamp, Jr.
    by a Memorandum Opinion and Order affirming and adopting the Magistrate Judge's Report and Recommendation and dismissing the 1983 complaint.

Date:    12/01/2010                                         *CLERK OF COURT*


                                                             /s/ Cheryl Dean Riley, Clerk
                                                             *Signature of Clerk or Deputy Clerk*